

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 20, 2023

BY ECF
Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10601

      Re:    *056 Deli & Grocery Corp., and Sandra Pichardo Majias v. U.S.A.,*
              23 Civ. 5557 (JPC)

Dear Judge Cronan:

    This Office represents the defendant, the United States of America, Department of Agriculture, Food and Nutrition ("USDA"), in the above-referenced proceeding pursuant to 7 U.S.C. § 2023, the Food and Nutrition Act of 2008, in which plaintiff seeks an order setting aside an order of the USDA to disqualify Plaintiff from the Supplemental Nutrition Assistance Program ("SNAP"). The USDA's response to the complaint is currently due Monday, October 23, 2023. I write respectfully, with plaintiff's consent, to request a one-month extension of the deadline for USDA to respond to the complaint, to November 22, 2023. This extension is requested to enable defendant to obtain all the information necessary to prepare and finalize an answer to the complaint. This is USDA's first request for an extension in this case. I am mindful of the Court's Individual Rules of Practice which direct that all such requests are to be submitted at least 48 hours in advance of the Court's due date and I apologize for the lateness of this request. I have attempted to contact plaintiff to obtain consent for this request, but I have not yet been successful.

    Thank you for your consideration of this request.

                                                        Respectfully,

                                                        DAMIAN WILLIAMS
                                                        United States Attorney

                                             By: /s/ *Susan Branagan*
                                                     SUSAN C. BRANAGAN
                                                     Assistant United States Attorney
                                                     Telephone: (212) 637-2804
                                                    Fax: (212) 637-2750

cc: counsel of record (via ECF)

The request is granted. Defendant's deadline to answer or otherwise respond to the Complaint is adjourned to November 22, 2023. Plaintiff's Motion for an Extension of Time to File Summons, Dkt. 9, is moot, and the Clerk of Court is therefore respectfully directed to close that motion.

SO ORDERED.
Date: October 23, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge