

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

January 2, 2024

BY ECF
Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10601

      Re:    *056 Deli & Grocery Corp., and Sandra Pichardo Majias v. U.S.A.,*
             23 Civ. 5557 (JPC)

Dear Judge Cronan:

    This Office represents the defendant, the United States of America, Department of Agriculture, Food and Nutrition ("USDA"), in the above-referenced proceeding pursuant to 7 U.S.C. § 2023, the Food and Nutrition Act of 2008, in which plaintiff challenges an order of the USDA to disqualify Plaintiff from the Supplemental Nutrition Assistance Program ("SNAP"). Pursuant to the Court's Order of December 27, 2023, the parties are to appear for an initial pre-trial conference on January 10, 2024, at 10:00 a.m. I write respectfully to request an adjournment of the date of the conference.

    The reason for this request is that this case is being reassigned to another attorney in this Office, who will need time to familiarize herself with the matter and prepare the necessary documents in advance of the conference. The reassignment is due to my departure from the Office as of today, January 2, 2024. This is the government's first request for an adjournment of the conference. I attempted to contact plaintiff's counsel to obtain consent to this request but was not successful.

    Thank you for your consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By: /s/ *Susan Branagan*
    SUSAN C. BRANAGAN
    Assistant United States Attorney
    Telephone: (212) 637-2804
    Fax: (212) 637-2750

cc:    counsel of record (via ECF)

---

The request is granted. The conference scheduled for January 10, 2024, at 10:00 a.m. is adjourned until further order from the Court. By January 10, 2024, Defendant shall file a letter advising the Court on the status of the case reassignment within the United States Attorney's Office.

SO ORDERED.
Date: January 3, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge