UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
056 DELI & GROCERY CORP. and SANDRA
PICHARDO MEJIAS AS PRESIDENT/CEO,

                      Plaintiff,                    **ORDER**

                  -against-              **23-CV-5557 (JPC) (JW)**

UNITED STATES OF AMERICA and
THE UNITED STATES DEPARTMENT
OF AGRICULTURE, FOOD AND
NUTRITION SERVICE,

                      Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the Parties proposed case management plan. Dkt. No. 34-1. The Court adopts the dates set forth in the proposal including the following:

- Any motion for leave to amend or to join additional parties shall be filed by **July 11, 2024**.

- All depositions shall be completed by **October 11, 2024**.

- All fact discovery is due **October 25, 2024**.

      As discussed at the June 27, 2024 conference, the Parties may each submit a brief explaining whether the requested discovery in this matter is relevant and necessary by **July 11, 2024**. The aforementioned briefs should be limited to 10 pages.

      SO ORDERED.

DATED:    New York, New York
                June 27, 2024

                                                JENNIFER E. WILLIS
                                               United States Magistrate Judge