UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
056 DELI & GROCERY CORP. and SANDRA
PICHARDO MEJIAS AS PRESIDENT/CEO,

                Plaintiff,                  **ORDER**

              -against-               **23-CV-5557 (JPC) (JW)**

UNITED STATES OF AMERICA and
THE UNITED STATES DEPARTMENT
OF AGRICULTURE, FOOD AND
NUTRITION SERVICE,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

As discussed at the June 27, 2024 conference, should the Parties still wish to consent to proceed before the undersigned Magistrate Judge, they are to refile the consent form ensuring that all parties names appear on the form by **July 12, 2024**.

SO ORDERED.

DATED:    New York, New York
              July 8, 2024

                                                 _____
                                                 JENNIFER E. WILLIS
                                                 United States Magistrate Judge