**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
056 DELI & GROCERY CORP., et al.,

                            Plaintiffs,

          -against-                                      23 **CIVIL** 5557 (JW)

                                                    **<u>JUDGMENT</u>**

UNITED STATES OF AMERICA, et al.,

                            Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 23, 2026, based on the Court's *de novo* review of the record, summary judgment is **GRANTED** in favor of Defendants and Plaintiffs' claims are **DISMISSED**.

**Dated:** New York, New York

        March 24, 2026

                                        **TAMMI M. HELLWIG**

                                        _____

                                        **Clerk of Court**

                                         K. mango

**BY:**                                   _____

                                        **Deputy Clerk**